NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

April 27, 2009

**Before**

RICHARD A. POSNER, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

TERENCE T. EVANS, *Circuit Judge*

No.  07-2027

| | |
|---|---|
| UNITED STATES OF AMERICA, | Government's Position in Light |
| *Plaintiff-Appellee,* | of District Court's Decision on |
| | Limited Remand. |
| *v.* | |
| | No. 06-CR-20054 |
| TIMOTHY R. HARRELL, | |
| *Defendant-Appellant.* | Honorable Michael P. McCuskey, |
| | *Judge.* |

**O R D E R**

On December 11, 2008, we ordered a limited remand in this case so the district judge would have an opportunity to review the matter and tell us whether he is inclined to reduce the defendant's sentence.  The district judge has responded with a "no."  There being no other reason why this case should remain open, the judgment of the district court is AFFIRMED.